UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**RANDALL WYSE, et al.**

      **Plaintiffs,**　　　　　　　　　　Case No. 3:13-cv-121-J-34MCR

v.

**CITY OF JACKSONVILLE,**

      **Defendant,**

and

**JACKSONVILLE POLICE AND FIRE
BOARD OF TRUSTEES**

      **Defendant (as Rule 19 Party).**
_____/

## MOTION TO WITHDRAW AS COUNSEL

Robert D. Klausner and Paul A. Daragjati, of Klausner, Kaufman, Jensen and Levinson, hereby file this Motion to Withdraw as trial counsel of record for Defendant/Cross-Plaintiff Jacksonville Police and Fire Pension Fund Board of Trustees, and state the following:

1. In January 2017, the firm Sugarman and Suskind initiated representation of the Jacksonville Police and Fire Pension Board of Trustees. The firm of Klausner, Kaufman, Jensen and Levinson is no longer counsel to the Board.

2. Defense counsel has complied with the notice requirements of Local Rule 2.03(b).

3. None of the parties involved object to the undersigned's withdrawal.

**WHEREFORE**, the undersigned requests this Honorable Court grant leave for Robert D. Klausner and Paul A. Daragjati to withdraw as trial counsel for Defendant/Cross-Plaintiff Jacksonville Police and Fire Pension Fund Board of Trustees.

Respectfully submitted by:

ROBERT D. KLAUSNER
Florida Bar No. 244082
PAUL A. DARAGJATI
Florida Bar No.: 0713813
KLAUSNER, KAUFMAN, JENSEN & LEVINSON
7080 N.W. 4th St.
Plantation, Florida 33317
Telephone: (954) 916-1202
Fax: (954) 916-1232

By: /s/ Robert D. Klausner
Robert D. Klausner
*Counsel for Defendant / Cross-Plaintiff Board*

/s/ Paul A. Daragjati
Paul A. Daragjati
*Counsel for Defendant / Cross-Plaintiff Board*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 26, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, including the following:

Paul A. Donnelly, Esq.
James Sullivan, Esq.
Donnelly & Gross, P.A.
2421 NW 41st Street, Suite A-1
Gainesville, FL  32606
paul@donnellygross.com
sully@donnellygross.com
*Counsel for Plaintiffs*

Stephen J. Powell
Florida Bar No.305881
Michael B. Wedner
Florida Bar No. 287431
Office of General Counsel
117 West Duval Street, Suite 480
Jacksonville, FL 32202
(904) 630-1719
(904) 630-1316 (Facsimile)
Spowell@coj.net
mwedner@coj.net
*Counsel for Defendant /Cross-Defendant, the City of Jacksonville*

           /s/   Paul A. Daragjati
           Paul A. Daragjati
           *Counsel for Defendant / Cross-Plaintiff Board*